Date: 07/26/11               DIVIDENDS REMITTED TO THE COURT            Page: 1

Case Number 10-12139 - SWENSON, CHRISTOPHER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke VA 24022-2121 | 000003 | 412.74 | 2.80 |
| SOUTHERN TIRE MART<br>PO BOX 1000<br>DEPT 143<br>MEMPHIS TN 38148 | 000004 | 465.24 | 3.16 |
| RSC EQUIPMENT RENTAL<br>PO BOX 840514<br>DALLAS TX 75284 | 000008 | 300.02 | 2.04 |
| ---------- Remittance Total ---------------- | | 1,178.00 | 8.00 |

*(signature)*
SUSAN MANCHESTER, Trustee